■ GREATER NEW YORK SAVINGS BANK, Respondent, v PHILIP BOOTHE, Appellant, et al., Defendants.—Appeal by defendant Philip Boothe from a judgment of foreclosure and sale of the Supreme Court, Queens County, dated October 2, 1975. Judgment affirmed, without costs or disbursements,

on the opinion of Mr. Justice Cariello at Special Term. Hopkins, Acting P. J., Damiani, Rabin, Shapiro and Titone, JJ., concur.